IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. )
) CASE NO. CR417-096
DAVID L. JOHNSON, )
)
    Defendant. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 27), to which no objections have been filed. After careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Defendant is deemed competent to stand trial.

SO ORDERED this 19th day of February 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office
M
2/19/20 8
Deputy Clerk